Sheila M. Salomon, SBN 164619
Andrew L. Chang, SBN 222309
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:  (415) 544-1900
Facsimile:  (415) 391-0281
Email: ssalomon@shb.com
       achang@shb.com

Attorneys for Plaintiffs
BMG MUSIC; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>                    Plaintiffs,<br>      v.<br><br>JUSTIN BARROW,<br><br>                    Defendant. | Case No.: C 05-0836 SBA<br><br>Hon. Saundra Brown Armstrong<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

      Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

      1.    Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the seven sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for

infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Five Thousand Two Hundred Fifty Dollars ($5,250.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Three Hundred Twenty-Eight Dollars and Thirteen Cents ($328.13).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Come On Over (All I Want Is You)," on album "Christina Aguilera," by artist "Christina Aguilera" (SR# 274-004);
- "Baby," on album "Labour Of Love II," by artist "UB40" (SR# 112-173);
- "For The Cool In You," on album "For The Cool In You," by artist "Babyface" (SR# 184-540);
- "Careless Whisper," on album "Make It Big," by artist "Wham" (SR# 68-616);
- "Badfish," on album "Second Hand Smoke," by artist "Sublime" (SR# 246-011);
- "A Place For My Head," on album "Hybrid Theory," by artist "Linkin Park" (SR# 288-402);
- "Take On Me," on album "Hunting High and Low," by artist "A-Ha" (SR# 63-603);


2
[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION
CASE NO. C 05-0836 SBA

89911v1

1  and in any other sound recording, whether now in existence or later created, that
2  is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate
3  record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation
4  by using the Internet or any online media distribution system to reproduce (i.e.,
5  download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of
6  Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for
7  distribution to the public, except pursuant to a lawful license or with the express
8  authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs'
9  Recordings that Defendant has downloaded onto any computer hard drive or
10 server without Plaintiffs' authorization and shall destroy all copies of those
11 downloaded recordings transferred onto any physical medium or device in
12 Defendant's possession, custody, or control.

14 DATED: OCTOBER 15, 2005

15                                      By: *Saundra B. Armstrong*
16                                          Hon. Saundra Brown Armstrong
                                            United States District Judge